IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In Re: | 13 B 04322 |
| Daniel Reniguntala and Kristin Reniguntala, Debtors. | Chapter 7<br>Judge Black<br>Joliet |

### NOTICE OF MOTION

TO: See Attached Service List Set Forth In The Certificate of Service

PLEASE TAKE NOTICE that on the 22nd day of March, 2013 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Black in Joliet City Hall 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, or before such other Judge as may be presiding in his place and stead, and then and there present the attached Motion to Convert to Chapter 13, a copy of which is attached hereto, and move for the relief prayed therein, at which time and place you may appear if you deem fit.

\s\Joseph Wrobel
Joseph Wrobel

### CERTIFICATE OF SERVICE

I, Joseph Wrobel, an attorney, on oath state, that the above Notice of Motion and Motion To Convert To Chapter 13 were filed on March 18, 2013, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent First Class Mail, as indicated, before 5:00 p.m. on March 15, 2013.

/s/ Joseph Wrobel
Joseph Wrobel

### SERVICE LIST

Registrants Served Through the Court's Electronic Notice For Registrants

Office of the US Trustee - Patrick S. Layng
Pierce and Associates
Joji Takada

**PARTIES SERVED VIA FIRST CLASS MAIL
ARE LISTED ON THE  FOLLOWING PAGE**

| | | |
|---|---|---|
| Alberts Diamond Jewelers<br>711 Main Street<br>Schereville, IN 46372-1241 | Direct Loans<br>PO Box 7202<br>Utica, NY 13504-7202 | Ingalls Hospital<br>C/O CBCS<br>PO Box 2334<br>Columbus, OH 43216-2334 |
| Capital One<br>C/O Allied Interstate<br>3000 Corporate Exchange 5th Fl<br>Columbus, OH 43231 | Edfinancial Services<br>120 N. Seven Oaks Drive<br>Knoxville, TN 37922-2350 | ISPC<br>17633 Gunn Hwy  PMB #122<br>Odessa, FL 33556 |
| Capital One Auto Finance<br>3905 Dallas Pkwy<br>Plano, TX 75093 | Emp of Cook County LLC<br>C/O Escallate, LLC<br>5200 Stoneham Rd  Ste 200<br>North Canton, OH 44720 | Kindercare Learning Centers<br>C/O I.C. Systems Inc<br>444 Highway 96 E<br>Saint Paul, MN 55127-2557 |
| Capital One Auto Finance<br>PO Box 260848<br>Plano, TX 75026-0848 | First National Bank<br>C/O CCS<br>500 E. 60th St N<br>Sioux Falls, SD 57104 | Meinzer & Babineaux LLC<br>10115 Raven Wood Drive #B<br>PO Box 111<br>Saint John, IN 46373-0111 |
| Capital One Bank<br>PO Box 6492<br>Carol Stream, IL 60197-6492 | Great American Finance<br>205 W. Wacker Dr.<br>Chicago, IL 60606 | National Student Loan<br>1300 O Street<br>PO Box 82507<br>Lincoln, NE 68501-2507 |
| Capital One Bank<br>C/O Echelon Recovery Inc<br>PO Box 1880<br>Voorhees, NJ 08043 | Great Lakes Higher Education<br>2401 International Lane<br>Madison, WI 53704-3121 | Nicor Gas<br>PO Box 0632<br>Aurora, IL 60507-0632 |
| Capital One Services, Inc.<br>C/O Allied Interstate<br>Richmond, VA 23238 | Household Credit Services<br>PO Box 98706<br>Las Vegas, NV 89193-8706 | Sallie Mae<br>PO Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Comcast Chicago<br>C/O CCS Collections<br>2 Wells Avenue<br>Newton Center, MA 02459-3208 | HSBC<br>PO Box 17051<br>Baltimore, MD 21297-1051 | Sprint<br>C/O Pentagroup Financial<br>5959 Corporate Drive<br>Houston, TX 77036-2302 |
| Commonwealth Edison<br>C/O Torres Credit Services<br>27 Fairview St  Ste 301<br>Carlisle, PA 17015-3200 | HSBC<br>C/O Portfolio Recvovery<br>120 Corporate Blvd  Ste 100<br>Norfolk, VA 23502-4962 | TCF<br>% ACC International<br>919 Estes Ct.<br>Schaumburg, IL 60193-4497 |
| Contract Callers, Inc.<br>POB 212489<br>Augusta, GA 30917-2489 | HSBC<br>PO Box 5253<br>Carol Stream, IL 60197 | The New Colonies<br>C/O Fair Collections<br>12304 Baltimore Ave  Ste E<br>Beltsville, MD 20705-1314 |

Wells Fargo Home Mortgage
PO Box 10368
Des Moines, IA 50306-0368

Wells Fargo Home Mortgage
1200 W. 7th Street
Suite L-2-200
Los Angeles, CA 90017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | 13 B 04322 |
| ) | |
| Daniel Reniguntala ) | Chapter 7 |
| and ) | |
| Kristin Reniguntala, ) | Judge Black |
| Debtors. ) | Joliet |

**MOTION TO CONVERT TO CHAPTER 13**
**PURSUANT TO SECTION 706**

NOW COME the Debtors, Daniel and Kristin Reniguntala, by their attorneys, Joseph Wrobel, Ltd., and state to this Court as follows:

1. The Debtors filed a Petition under Chapter 7 on February 5, 2013.

2. Subsequent to the filing of the petition, it has come to the attention of the Debtors that this matter should have been filed as a Chapter 13 since the Debtors received a Discharge in a prior Chapter 7 filed March 1, 2007, less than 8 years prior to the filing of the within case.

3. The Debtors wish to exercise their rights under §706 to convert this cause to a Chapter 13.

WHEREFORE, the Debtors, Daniel and Kristin Reniguntala, pray for the entry of an Order, converting their Chapter 7 to a Chapter 13.

Respectfully submitted,

s/s Joseph Wrobel
Daniel and Kristen Reniguntala
By one of their attorneys

Joseph Wrobel #3078256
Joseph Wrobel, Ltd.
Attorneys for Debtor
29 S. LaSalle Street Suite 630
Chicago, Illinois  60603
(312) 781-0996