IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| KRISTIN RENIGUNTALA | ) CASE NO. 13-04322 |
| | ) JUDGE BLACK |
| DEBTOR(S) | ) |

NOTICE OF MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Ch. 13 Trustee:  mcguckin_m@lisle13.com
Joseph Wrobel: josephwrobel@chicagobankruptcy.com

**The following party(s) have been served via regular US mail:**
Kristin Reniguntala, 25264 Shannon, Manhattan, IL 60442
Quantum3 Group LLC as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788
HSBC MORTGAGE SERVICES INC., 636 GRAND REGENCY BLVD., BRANDON, FL. 33510
Commonwealth Edison, 3 Lincoln Center, Attn: Bankruptcy Department, Oakbrook Terrace, IL 60181
Sallie Mae Inc. on behalf of USA FUNDS, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430
HSBC Bank USA National Assoc as Trustee for Wells Fargo Home Mortgage, 3476 Stateview Blvd., MAC#D3347-014, Fort Mill, SC 29715
Capital One Auto Finance, c/o Ascension Capital Group, a division of Capital One N A, P.O. Box 201347, Arlington, TX 76006
Legacy Visa, c/o Millennium Financial Group, 5770 NW Expressway Ste. 102, Oklahoma City, OK 73132
Cavalry SPV I, LLC assignee of HSBC Bank Nevada N A/Cavalry One Bank USA NA, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595
Great American Finance Co., 20 N. Wacker Dr., Suite 2275, Chicago, IL 60606
Alberts Diamond Jewelers Inc., C/O Meinzer & Babineaux LLC, PO Box 111, St John, IN 46373-0111
Nicor Gas, PO Box 549, Aurora Il 60507
Portfolio Recovery Associates, LLC, successor to CAPITAL ONE, NA, by PRA Receivables Management LLC agent, PO Box 41067, Norfolk, VA 23541
Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A. Orchard Bank, PRA Receivables Management LLC agent, PO Box 41067, Norfolk, VA 23541
Sallie Mae Inc. on behalf of Department of Education, P.O. Box 740351, Atlanta, GA. 30374-0351

PLEASE TAKE NOTICE that on November 6, 2015, at 10:00 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black at the Joliet City Hall, 150 West Jefferson Street, Second Floor, Joliet, Illinois 60432 (or any other place posted, or before any other Judge who may be sitting in his/her place and stead), and present the attached **Motion for Substitution of Attorney**, at which time and place you may appear.

/s/   David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served via email to Glenn Stearns, Ch. 13 Trustee at mcguckin_m@lisle13.com.

The undersigned further certifies that copies of this Notice and attachments were served via regular U.S. Mail to:
Kristin Reniguntala, 25264 Shannon, Manhattan, IL 60442
Quantum3 Group LLC as agent for MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788
HSBC MORTGAGE SERVICES INC., 636 GRAND REGENCY BLVD., BRANDON, FL. 33510
Commonwealth Edison, 3 Lincoln Center, Attn: Bankruptcy Department, Oakbrook Terrace, IL 60181
Sallie Mae Inc. on behalf of USA FUNDS, Attn: Bankruptcy Litigation Unit E3149, P.O. Box 9430, Wilkes-Barre, PA 18773-9430
HSBC Bank USA National Assoc as Trustee for Wells Fargo Home Mortgage, 3476 Stateview Blvd., MAC#D3347-014, Fort Mill, SC 29715
Capital One Auto Finance, c/o Ascension Capital Group, a division of Capital One N A, P.O. Box 201347, Arlington, TX 76006
Legacy Visa, c/o Millennium Financial Group, 5770 NW Expressway Ste. 102, Oklahoma City, OK 73132
Cavalry SPV I, LLC assignee of HSBC Bank Nevada N A/Cavalry One Bank USA NA, 500 Summit Lake Drive, Ste. 400, Valhalla, NY 10595
Great American Finance Co., 20 N. Wacker Dr., Suite 2275, Chicago, IL 60606
Alberts Diamond Jewelers Inc., C/O Meinzer & Babineaux LLC, PO Box 111, St John, IN 46373-0111
Nicor Gas, PO Box 549, Aurora Il 60507
Portfolio Recovery Associates, LLC, successor to CAPITAL ONE, NA, by PRA Receivables Management LLC agent, PO Box 41067, Norfolk, VA 23541
Portfolio Recovery Associates, LLC successor to HSBC BANK NEVADA, N.A. Orchard Bank, PRA Receivables Management LLC agent, PO Box 41067, Norfolk, VA 23541
Sallie Mae Inc. on behalf of Department of Education, P.O. Box 740351, Atlanta, GA. 30374-0351

by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, before 5:00 p.m. on October 29, 2015.

                            Signature:   /s/ David M. Siegel
                                      David M. Siegel, A.R.D.C. #6207611
                                      Attorney for the Debtor(s)

DAVID M. SIEGEL
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL  60090
(847) 520-8100
#06207611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF: )
) CHAPTER 13
KRISTIN RENIGUNTALA ) CASE NO. 13-04322
) JUDGE BLACK
DEBTOR(S) )

## MOTION FOR SUBSTITUTION OF ATTORNEY

NOW COMES the Debtor, KRISTIN RENIGUNTALA, by and through her attorney, DAVID M. SEGEL, and in support of her Motion, states as follows:

1. That KRISTIN RENIGUNTALA is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on February 5, 2013 with Glenn Stearns appointed as Trustee.

3. That Debtor's attorney at the time of filing was Joseph Wrobel.

4. That Debtor has terminated the services of Joseph Wrobel on or about October 23, 2015.

5. That the Debtor wishes to be represented by David M. Siegel for the remainder of her case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to substitute attorney David M. Siegel for her prior counsel, Joseph Wrobel.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL
Attorney For Debtors
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
#6207611